# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ALEC BARKER, | ) CASE NO. 1:25-CV-1591 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | ) JENNIFER DOWDELL ARMSTRONG |
| DELAWARE NORTH COMPANIES, INC., | ) |
| | ) |
| Defendant. | ) **ORDER** |
| | ) |
| | ) |

Upon consideration of Plaintiff's unopposed Stipulation for Dismissal (ECF No. 17),

it is hereby ORDERED that this case is dismissed without prejudice pursuant to Fed. R. Civ.

P. 41(a)(2).

**IT IS SO ORDERED.**

Dated: April 22, 2026

*/s Jennifer Dowdell Armstrong*
Jennifer Dowdell Armstrong
U.S. Magistrate Judge

1